# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM LIFE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     vs.<br><br>HILDA OLGUIN, et al.,<br><br>               Defendants.<br>_____ / | CASE NO. CV F 06-1165 AWI LJO<br><br>**ORDER TO SET STATUS/SCHEDULING CONFERENCE**<br><br>Date:  January 22, 2007<br>Time:  8:15 a.m.<br>Dept.:  8 (LJO) |

In this interpleader action, this Court conducted a December 20, 2006 status conference. Plaintiff Anthem Life Insurance Company appeared by telephone by counsel Ronald Melluish, Law Offices of Ronald L. Melluish. Defendant Hilda Olguin appeared by telephone by counsel Donald Proietti, Allen, Proietti & Fagalde, LLP. Defendant Naida R. McKinney appeared by telephone by counsel Joel Murillo, Law Offices of Joel M. Murillo. Minor defendant Vincent James Musso Borgemeyer ("Vincent") has not appeared in this action, and a guardian ad litem has not been appointed for Vincent. This Court and counsel agreed that Vincent's interests need to be addressed prior to setting dates for this action. To that end, attorney J.R. Oviedo has graciously agreed to attempt to contact Vincent and his parents to ascertain his interests to appear in this action. Mr. Oviedo is with Marderosian, Runyon, Cercone, Lehman & Armo, 1260 Fulton Mall, Fresno, CA 93721-1916; (559) 441-7991.

On the basis of good cause this Court:

1. DIRECTS Mr. Melluish to fax to this Court at (559) 494-3961 information to locate

1

1         Vincent, including addresses and telephone numbers of Vincent and his parents;

2    2.    SETS a status/scheduling conference for January 22, 2007 at 8:15 a.m. in Department 8

3         (LJO) of this Court.  Counsel are encouraged to appear at the conference by telephone

4         by arranging a one-line conference call and adding the Court at (559) 499-5680.  At the

5         conference, counsel shall be prepared to select discovery, motion and trial dates and to

6         address the progress of this action;

7    3.    DIRECTS this Court's clerk to serve a copy of this order on J.R. Oviedo, Marderosian,

8         Runyon, Cercone, Lehman & Armo, 1260 Fulton Mall, Fresno, CA 93721-1916.

9    IT IS SO ORDERED.

10 **Dated:**   **December 20, 2006**            /s/ Lawrence J. O'Neill
    66h44d                                           UNITED STATES MAGISTRATE JUDGE