# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM LIFE INSURANCE COMPANY, | Case Number: 1:06-cv-01165 AWI LJO |
| PLAINTIFF, | |
| | NOTICE OF RE-SET SCHEDULING CONFERENCE |
| VS. | |
| HILDA OLGUIN, et al, | |
| DEFENDANTS. | |
| _____/ | |

Due to the elevation of United States Magistrate Judge Lawrence J. O'Neill, and the impending temporary re-assignment of the captioned case to United States Magistrate Judge Theresa A. Goldner as the referral Magistrate Judge,

YOU ARE NOTIFIED that:

The Scheduling Conference currently set for February 23, 2007 at 8:15 a.m. is VACATED and RESET as a TELEPHONIC SCHEDULING CONFERENCE for February 23, 2007 at 9:00 a.m. before Judge Goldner. Counsel are to contact the Courtroom Deputy Clerk, Alan Leon Guerrero no later than February 20, 2007, to advise whether they are unable to participate telephonically, and for instructions pertaining to a telephonic conference. If any counsel is unable to participate telephonically, and shall provide timely notice thereof, the Scheduling Conference will be reset for a subsequent date and conducted by Judge Goldner in the United States Courthouse in Fresno. Courtroom Deputy Clerk Alan Leon Guerrero may be contacted at (661) 326-6620 or via email at aleonguerrero@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **February 13, 2007**                             **/s/ Theresa A. Goldner**
**j6eb3d**                                                  UNITED STATES MAGISTRATE JUDGE