IN THE UNITES STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

---o0o---

| | |
|---|---|
| **Anthem Life Insurance Company,** )<br>        **Plaintiff,** )<br>v. )<br>**Hilda Olguin et al.,** )<br>        **Defendants.** )<br>_____ ) | Case No: 1:06-cv-01165-AWI-GSA<br><br>Order |

     A Settlement Conference was held in this matter before the Honorable Gary S. Austin, United States Magistrate Judge, at 10:00 a.m. in Courtroom 10 of the Fresno Division of this Court.

     The Parties present or appearing by phone were Plaintiff Anthem Life Insurance Company ("ANTHEM") represented by Ronald L. Melluish, Esq., Defendant Hilda Olguin, represented by Donald M. Proietti, Esq., Defendant minor Vincent James Musso Borgemeyer through his Guardian Ad Litem Philip Borgemeyer (and as assignee of Nadia R. McKinney,) and Defendant Nadia R. McKinney, all represented by Joel M. Murillo, Esq.   Ms. Hilda Olguin was personally present.  Mr. Melluish and Mr. Murillo represented that they had authority to act on behalf of their respective clients.

Order

Based upon the agreement of the Parties stated before the Court and on the record in open court, and finding the Agreement in the best interest of the minor defendant, and **GOOD CAUSE APPEARING THEREFOR, THE COURT FINDS, ORDERS, AND DECREES AS FOLLOWS:**

1. Plaintiff's costs and fees shall be paid out of the interpled funds.  Plaintiff has discounted its fee and cost request for settlement and is allowed fees and costs in the amount of $4,000.00.

2. Pursuant to Local Rule 67-150(g), the Court directs the Clerk to disburse funds as follows.  The clerk or financial officer of the court shall distribute from the interpled funds the sum of $4,000.00 (Four Thousand Dollars and No Cents.) by check to the attorneys for the Plaintiff for its fees and costs made payable as follows and mailed to the following address:

> Ronald L. Melluish
> Attorney at Law
> 6506 Cartera Court, Suite 150
> Elk Grove, CA  95758-4818

3. The remainder of the funds on deposit including accrued interest shall remain on deposit with the Court until further order of the Court.

4. Plaintiff, the Anthem Life Insurance Company, its heirs, executors, administrators, shareholders, parent and subsidiary entities, employees, agents, directors, managers, officers, and assigns, are hereby discharged from all liability to all Defendants with respect all claims and causes of action by reason of any claim or dispute which is alleged in connection with the payment or handling of the above-described insurance policy proceeds from the policy of life insurance on Decedent Kathleen Susan Rindy.

5. Defendants Hilda Olguin and Vincent James Musso Borgemeyer through his Guardian Ad Litem Philip Borgemeyer (and as assignee of Nadia R. McKinney,) and Nadia R. McKinney, are restrained from instituting or further prosecuting any other proceeding against Plaintiff in any court effecting the rights and obligations under the above-described policy of life insurance on Decedent Kathleen Susan Rindy.

6. ANTHEM represented that the adjuster file on the Decedent's claim was digitized and the paper file has long since been shredded. ANTHEM will provide the parties with a digital copy of the file, in addition to the paper copy previously provided.

7. ANTHEM agrees to produce any employee for deposition in this action on notice, as opposed to deposition subpoena. ANTHEM informed the parties that the adjuster on this file resides and works in Ohio.

8. The settlement conference in this matter is continued to January 24, 2008, at 10:30 a.m. in Courtroom 10 before the undersigned. All remaining parties to this action are ordered to be present for the settlement conference.

IT IS SO ORDERED.

Dated:   **November 14, 2007**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE