1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

### EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| ANTHEM LIFE INSURANCE CO., | ) 1:06-cv-001165-AWI-GSA |
| Plaintiff, | ) |
| v. | ) ORDER DIRECTING CLERK TO SEAL |
| | ) DOCUMENT |
| HILGA OLGUIN, VINCENT JAMES MUSSO BORGEMEYER, NAIDA R. MCKINNEY, and DOES 1 THROUGH 10, INCLUSIVE, | ) |
| Defendants. | ) |

        Upon review of the declaration of Joel M. Murillo dated January 25, 2008, the Court

hereby ORDERS that this document BE FILED UNDER SEAL pursuant to Local Rule 39-

141(a).  The court is ordering the sealing of this document because it contains information related

to a juvenile defendant.

        By this order, the Court DIRECTS the Clerk of the Court to file this document under seal.

        IT IS SO ORDERED.

**Dated:**   **January 30, 2008**              _____ **/s/ Gary S. Austin** _____
                                                            UNITED STATES MAGISTRATE JUDGE

1