**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHEM LIFE INSURANCE COMPANY, | CASE NO. 1:06-cv-1165 GSA |
| Plaintiff, | ORDER REGARDING PETITION FOR MINOR'S COMPROMISE |
| vs. | |
| HILDA OLQUIN, et al., | |
| Defendants. | |

On February 8, 2008, the court issued an order requiring that Vincent Musso Borgmeyer's attorney, Mr. Joel Murillo, file a petition for minor's compromise in accordance with Local Rule 17-202. The order specifically outlined the court's requirements for the contents of the petition including, but not limited to, the exact amount of attorney's fees, the basis of the fees, with an itemization of the costs sought to be allowed and charged against Mr. Musso Borgmeyer's ("the minor's") settlement amount. The order also required that documentation clearly outlining Ms. Nadia Mc Kinney's knowing and voluntary assignment of her beneficiary rights to the minor be included as part of the petition. The court noted that the minor's date of birth was February 20, 1990. As such, the Court would determine whether further hearing on the petition was needed once the petition was received. (Doc. 53).

1  On February 25, 2008, the court received a letter from Mr. Murillo dated February 25, 2008, entitled, "RE: <u>Vincent James Musso Borgmeyer</u> adv. p. <u>Anthem Life Insurance Co.</u>, Case 06-cv-01165-AWI-GSA, via e-mail, indicating that the minor turned 18 years old. The letter provided information regarding the amount of his attorney fees and requested clarification on whether a minor's compromise was necessary. The court received a copy of this same letter from Mr. Murillo in the mail on February 27, 2008.

As a preliminary matter, counsel is advised that correspondence to the court regarding clarification of a court order must be properly filed with the court in the form of a motion in accordance with Local Rules rather than sending a letter addressed to the judge in chambers. <u>See</u> Local Rule 5-134(a); Fed. R. of Civ. Proc. 7. Counsel is further advised that the court was aware that the minor would be turning 18 years old at the end of February at the time that it issued its order. However, the court is still requiring the minor's compromise since the minor had not reached the age of majority at the time of the settlement agreement. As such, Local Rule 17-202 must still be followed.

Accordingly, it is HEREBY ORDERED that :

1) Counsel for the minor shall file the minor's compromise no later than March 12, 2008, in accordance with the instructions contained in this court's order dated February 8, 2008. (Doc. 53); and

2) The Clerk shall file the letter from Mr. Murillo dated February 25, 2008, entitled, "RE: <u>Vincent James Musso Borgmeyer</u> adv. p. <u>Anthem Life Insurance Co.</u>, Case 06-cv-01165-AWI-GSA." into the record.

IT IS SO ORDERED.

**Dated:**   **February 27, 2008**           /s/ **Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE